IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 17-cv-3061-LRR |
| CRISTINA LYNN PROFFITT; | ) |
| Defendant. | ) |

**ORDER CONFIRMING THE REPORT OF SALE
AND APPROVING THE UNITED STATES MARSHAL'S SALE, THE
CERTIFICATE OF PURCHASE AND THE ISSUANCE OF
A MARSHAL'S DEED**

Upon motion of plaintiff, United States of America, for an Order (1) confirming the report of the United States Marshal on the sale of the foreclosed property pursuant to the Decree of Foreclosure; (2) approving the sale; (3) confirming the Marshal's Certificate of Purchase issued to 3 Angels, L.L.C., the purchaser at the sale; and (4) approving the issuance of a Deed of Conveyance to 3 Angels, L.L.C., the purchaser at the sale; the Court having examined the report of the United States Marshal and being fully advised, enters the following order:

IT IS HEREBY ORDERED that the United States Marshal's Certificate of Purchase now presented to the Court from Kenneth J. Runde, United States Marshal, and executed by Deputy United States Marshal Brandon Johnson, is approved and the filing of the copy of the certificate with the Clerk of this Court, is hereby confirmed. The execution, by the United States Marshal, of the Marshal's Certificate of Purchase issued to 3 Angels, L.L.C., pursuant to the sale, is approved.

1

IT IS FURTHER ORDERED that the report of the United States Marshal, and the sale, are in all respects approved and confirmed.

IT IS FURTHER ORDERED the United States Marshal, or his successor in office, shall execute to the purchaser 3 Angels, L.L.C., or his successors or assigns, a good and sufficient Deed of Conveyance to the foreclosed property, there being no right of redemption.

Dated this 25th day of October, 2017.

_____
LINDA R. READE
DISTRICT JUDGE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA